MARK A. SAMUELS (S.B. #107026)
msamuels@omm.com
BRIAN M. BERLINER (S.B. #156732)
bberliner@omm.com
RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
ALAN D. TSE (S.B. #266273)
atse@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407

Attorneys for Plaintiffs TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., TPV INTERNATIONAL (USA), INC., TPV ELECTRONICS (FUJIAN) CO., LTD., TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD., and ENVISION PERIPHERALS, INC.

IT IS SO ORDERED

Judge James Ware

8/10/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., a Taiwanese corporation; TPV INTERNATIONAL (USA), INC., a California corporation; TPV ELECTRONICS (FUJIAN) CO., LTD., a Chinese corporation; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD., a Chinese corporation; and ENVISION PERIPHERALS, INC., a California corporation,<br><br>                Plaintiffs,<br><br>     v.<br><br>MONDIS TECHNOLOGY, LTD., a UK corporation; INPRO LICENSING SÀRL, a Luxembourg SARL,<br><br>                Defendants. | Case No.  CV 10-01578 JW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE (F.R.C.P. 41(a)(1)(A)(i))**<br><br>Judge:  Hon. James Ware |

CASE NO. C-10-01578 JW

NOTICE OF DISMISSAL WITHOUT PREJUDICE

1  PLEASE TAKE NOTICE that. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Top Victory Electronics (Taiwan) Co., Ltd., TPV International (USA), Inc., TPV Electronics (Fujian) Co., Ltd., Top Victory Electronics (Fujian) Co., Ltd., and Envision Peripherals, Inc. hereby voluntarily dismiss the above-entitled action, without prejudice.

Dated: August 2, 2010

MARK A. SAMUELS
BRIAN M. BERLINER
RYAN K. YAGURA
NICHOLAS J. WHILT
ALAN D. TSE

O'MELVENY & MYERS LLP

By: */s/ Nicholas J. Whilt*
       Nicholas J. Whilt

Attorneys for Plaintiffs TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., TPV INTERNATIONAL (USA), INC., TPV ELECTRONICS (FUJIAN) CO., LTD., TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD., and ENVISION PERIPHERALS, INC.